UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| ROBERTA D. WINCHESTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 1:12CV81 JAR |
| | ) |
| CAROLYN COLVIN, | ) |
| ACTING COMMISSIONER OF SOCIAL | ) |
| SECURITY, | ) |
| | ) |
| Defendant. | ) |

### ORDER

This matter arises on the Report and Recommendation of United States Magistrate Judge David D. Noce, filed March 8, 2013.  See 28 U.S.C. §636.  In his report, Magistrate Judge Noce recommends that the Court affirm the decision of the Commissioner of Social Security, and dismiss Plaintiff's Complaint with prejudice.  To date, Plaintiff has filed no objections.

Upon careful consideration of the Report and Recommendation and the record in this case,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [21] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED** with prejudice.  A separate Judgment will accompany this Order.

Dated this 26th day of March, 2013.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE